USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASON GOLDSTEIN, ET AL.,

                Plaintiffs,

-v-

PRUDENTIAL FINANCIAL, INC., ET AL.,

                Defendants.

Case No. 05-CV-7646 (KMK)

---

PETER JANOWSKY,

                Plaintiff,

-v-

WACHOVIA SECURITIES, LLC, ET AL.,

                Defendants.

Case No. 05-CV-7660 (KMK)

ORDER

---

KENNETH M. KARAS, District Judge:

Upon review of the complaints and other papers filed with the Court in connection with the two cases captioned above, the Court finds the complaints describe the same or substantially related underlying events arising out of the same or substantially related operative facts, and assert the same or substantially related causes of action against the same defendants. Furthermore, the parties have consented to consolidate the two cases. Accordingly, it is hereby

ORDERED that the Clerk of the Court is directed to consolidate the two actions captioned above for all purposes; and it is further

ORDERED that all filings in connection with the consolidated action be docketed in the

remaining lower numbered case, 05 Civ. 7646; and it is finally

ORDERED that the Clerk of the Court close the referenced higher numbered case, 05 Civ. 7660 as a separate action and remove them from the Court's docket.

SO ORDERED.

Dated:   March 31, 2006
         New York, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE